IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RACHEL FREEMAN,[1] | § | |
| | § | No. 57, 2022 |
| Petitioner Below, | § | |
| Appellant, | § | |
| | § | Court Below–Family Court |
| v. | § | of the State of Delaware |
| | § | |
| MARK CAMPBELL, | § | |
| | § | File No. CN16-02314 |
| Respondent Below, | § | Petition No. 21-28960 |
| Appellee. | § | |

Submitted: March 8, 2022
Decided: March 17, 2022

### ORDER

On February 17, 2022, Rachel Freeman filed an appeal from the Family Court's January 26, 2022 order denying Freeman's motion for change of jurisdiction. The Senior Court Clerk issued a notice, sent by certified mail, to Freeman to show cause why her appeal should not be dismissed for her failure to comply with Rule 42 when taking an appeal from an apparent interlocutory order. Freeman received the notice to show cause on February 25, 2022. A timely response to the notice to show cause was due on or before March 7, 2022. To date, Freeman has not responded to the notice to show cause. Dismissal of the appeal is therefore deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the parties pursuant to Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice